FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 JUL 26 AM 9:28

CLERK _____ 
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA ) 
)
v. ) INFORMATION
) CR 416-298
AARON J. UDELL )
)
Defendant )

## ORDER

The Government's motion to dismiss the foregoing Information without prejudice is GRANTED.

SO ORDERED, this 26th day of __July__, 2018.

_____
HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA